AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **0:26-cv-61325-WPD**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   ARNEGEN DIGITAL CORP. D/B/A FINELO

was received by me on *(date)*   05/05/2026

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   INCORPORATING SERVICES, LTD., AS AGENT, ACCEPTED BY MEGAN GONZALEZ (MANAGING AGENT EMPLOYED AT REGISTERED AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)* ARNEGEN DIGITAL CORP. D/B/A FINELO
3500 S. DUPONT HIGHWAY, DOVER, DE 19901 on *(date)*   05/05/2026 AT 3:00 PM _____

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 05/05/2026

_____
*Server's signature*

FRANK PRITCHETT - PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LLC
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION AND COMPLAINT